## FSA Time Credit Assessment

Register Number:10579-062, Last Name:STILLEY

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 10579-062 | Responsible Facility: YAZ |
| Inmate Name | Assessment Date.....: 10-25-2025 |
|   Last............: STILLEY | Period Start/Stop...: 04-24-2025 to 10-25-2025 |
|   First...........: OSCAR | Accrued Pgm Days....: 184 |
|   Middle..........: AMOS | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 75 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-13-2024 | Apply FTC to Release: No |

--- FTC Claim Status -----------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-24-2025 | 10-25-2025 | accrue | 184 |
| | | disallow | 0 |

Cannot apply FTC(s) towards early release.

No term of supervision

--- Program Day Intervals ------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-24-2025 | 08-20-2025 | accrue | 118 |

Accrued Pgm Days...: 118
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 30

Exhibit "1"

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-20-2025 | 10-25-2025 | accrue | 66 |

Accrued Pgm Days...: 66
Carry Over Pgm Days: 28
Time Credit Factor.: 15
Time Credits.......: 45

--- FSA Assessment(s) ----------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | | Factor |
|---|---|---|---|---|---|---|
| 001 | 04-24-2025 | 05-22-2025 | R-MIN | 05-11-2025 | 11:55 | 10 |
| 002 | 05-22-2025 | 08-20-2025 | R-MIN | 05-18-2025 | 17:13 | 10 |
| 003 | 08-20-2025 | 11-18-2025 | R-MIN | 05-18-2025 | 17:13 | 15 |

## FSA Time Credit Assessment

Register Number:10579-062, Last Name:STILLEY

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
10-25-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 07-23-2026
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 72*
FSA Conditional Placement Days: 135
FSA Conditional Placement Date: 03-10-2026
Conditional Transition To Community Date: 03-10-2026*
Max. Statutory HC Placement Date (if approp.): 12-28-2025*
Recommended HC Placement Date (if approp.): 03-10-2026*
**\*Default SCA conditional placement days. This requires a 5 Factor Review!**