UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF ASSIGNMENT**

Date case was filed: March 5, 2026

Your case against **R. Keys, et al.** has been assigned **Civil Action No. 3:26-cv-145-HTW-LGI** and has been referred to the following Judges:

| *District Judge* | | *Magistrate Judge* | |
|---|---|---|---|
| **X** | **Henry T. Wingate** | ☐ | Michael T. Parker |
| ☐ | Daniel P. Jordan III | ☐ | Andrew S. Harris |
| ☐ | Sul Ozerden | ☐ | Bradley W. Rath |
| ☐ | Carlton W. Reeves | ☐ | Robert P. Myers, Jr. |
| ☐ | Kristi H. Johnson | **X** | **LaKeysha Greer Isaac** |
| ☐ | Taylor B. McNeel | | |
| ☐ | David Bramlette, III (Senior Judge) | *Division* | |
| ☐ | Tom S. Lee (Senior Judge) | | Clerk's Office, Northern Division |
| ☐ | Louis Guirola, Jr. (Senior Judge) | | 501 E. Court Street, Suite 2.500 |
| ☐ | Keith Starrett (Senior Judge) | | Jackson. MS 39201 |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.  If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>:  When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP                                                                                                        *Rev. 01/2021*