IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OSCAR STILLEY, #10579-062                                    PETITIONER

v.                                           CIVIL NO. 3:26-cv-145-HTW-LGI

WARDEN R. KEYES, WARDEN B. WINGFIELD,
WARDEN R. CHILDRESS, AND WARDEN
UNKNOWN TURNER                                              RESPONDENTS

<u>FINAL JUDGMENT</u>

In accordance with the Court's Order entered this date, this civil action is DISMISSED

WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 29th day of April, 2026.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE