⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States





RECEIVED

MAY 26 2026

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

⇔10579-062⇔
Arthur Johnston
US District Court Clerk
501 E Court ST
Suite 2.500
Jackson, MS 39201
United States